Probation Form No. 35
(5/01)

Report and Order Terminating Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.  Case No.: 1:00cr86-KS

SHAWN JACKSON

On March 5, 2001, the above named was sentenced to 107 months custody in the Bureau of Prisons followed by a five year term of Supervised Release. On January 3, 2016, he began the Reentry Court Program in the Southern District of Mississippi. Since his placement in the program, he has remained compliant with no known violations. He has successfully completed the provisions of the program, along with additional efforts to deter criminal activity in the community through participation in presentations at local schools, the youth detention center, and community sponsored events. He has complied with the rules and regulations of his Term of Supervised Release and is no longer in need of supervision. It is accordingly recommended that SHAWN JACKSON be discharged from his Term of Supervised Release.

Respectfully submitted,

Kevin Hayward
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 15th day of March, 2018.

Honorable Keith Starrett
U.S. District Court Judge